IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE subscriber assigned IP address | : | NO. 14-cv-2477 |
| 108.36.223.215, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of October 2014, upon consideration of Plaintiff's Motion for Leave to File Amended Complaint under Seal (Doc. No. 15), it is hereby ORDERED that the Motion is GRANTED. The amended complaint (Doc. No. 16) is SEALED and IMPOUNDED until further order of this Court.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.